No. 98–5973. HOWELL v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–5977. WANLESS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–6013. FRANKLIN ET AL., ON BEHALF OF BERRY v. FRANCIS, WARDEN. C. A. 6th Cir. Certiorari denied. ▮

No. 98–6017. JOHNSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. ▮

No. 98–6039. LANE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6043. ALLEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. ▮

No. 98–6070. MILLER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▮

No. 98–6077. WADE v. OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 98–6103. MOORE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6109. STEVENS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 98–6147. RODDEN v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 98–6149. OBERUCH v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6150. PALOMINO v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 98–6181. MUELLER v. BRUCE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. ▮